**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 21-21788-CV-WILLIAMS**

JOSE JESUS ARGIZ,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.
_________________________________/

**INSTRUCTIONS TO *PRO SE* LITIGANT**

Movant is proceeding *pro se* in this matter. *Pro se* litigants, like all litigants, are required to comply with the Federal Rules of Civil Procedure, the Local Rules for the Southern District of Florida, the Court's Practices and Procedures, and all Court orders. It is the duty of all counsel and *pro se* litigants to take all actions necessary to comply with the Federal and Local Rules and the Court's orders. The Local Rules may be obtained from the Clerk of Court and the Court's Practices and Procedures are available on the Court's website at http://www.flsd.uscourts.gov/?page_id=13071. Some (but not all) of the requirements of the rules of procedure are as follows:

1. Movant must keep the Court advised of a current address at all times. If Movant's address changes, Movant must promptly file with the Clerk of Court a notice labeled "Notice of Change of Address," providing the new address and the effective date of the change. If Movant's address changes and no change of address is filed, this case may be dismissed for lack of prosecution. Movant must understand that the Court does not know if Movant is transferred or released unless a change of address is filed. If counsel for the opposing side has appeared, a copy must be sent to counsel, and the

notice shall include a certificate of service indicating that a copy has been sent to that counsel.

2. Movant is instructed not to send letters to the Court or to the Clerk of Court. No letter will be answered. While Movant may file a motion, memorandum, or any pleading allowed by the procedural rules, Movant must understand that letters are not motions or pleadings and are, therefore, not docketed in the case. This includes cover letters to the Clerk of Court when submitting pleadings. The Clerk does not need a cover letter explaining what is enclosed. Instead, the Clerk dockets pleadings based on their content. All documents must be filed in accordance with the Federal Rules of Civil Procedure and copies must be furnished to opposing counsel.

3. A *pro se* litigant and his or her family, friends, or acquaintances must not call any Judge's office for any reason. No information about the case can be obtained from the Judge's office. Additionally, no Court employee can provide legal advice to any litigant, *pro se* or otherwise. If Movant desires to know the status of his or her case, he or she may file a pleading entitled "Notice of Inquiry."

**DONE AND ORDERED** in Chambers in Miami, Florida, this 12th day of May, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Jose Jesus Argiz, *Pro Se*
Reg. No. 15486-104
3517 Peachtree Corners Cir.,
Unit #D
Peachtree Corners, GA 30092

Noticing 2255 US Attorney
Email: usafls-2255@usdoj.gov